```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        JACKSON DIVISION
```

**SHAWN PANZER, TERRY PANZER,**
**SHAWN AND TERRY PANZER, NATURAL**
**PARENTS AND ADULT NEXT FRIEND**
**OF KYLE PANZER AND BLAINE**
**PANZER, MINORS**                                              **PLAINTIFF**

**VS.**                                      **CIVIL ACTION NO. 3:04-CV-998BN**

**CONTINENTAL AIRLINES, INC.**                                  **DEFENDANT**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Opinion and Order entered in this case on this day, this action is hereby dismissed, with prejudice.

SO ORDERED this the 14th day of November, 2005.

                                        s/ William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE